UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                       CASE NO: 2:16-cr-15-FtM-29MRM

JOSEPH EMILE DANIELS

_____

## ORDER

This matter comes before the Court upon Defendant's Motion for Release of Collateral Bond (Doc. 34) filed on February 15, 2017. Defendant seeks the release of the warranty deed of the real property that Defendant used to secure his bond and surrendered to the Court. Doc. 34. On April 7, 2016, the Court held a detention hearing, after which the Court ordered the release of Defendant with certain conditions. Doc. 14. On April 13, 2016, Defendant entered a bond in the amount of $250,000, which was secured by real property located in Florida. Doc. 17.

On March 9, 2016, the Government filed an one-count information, charging Defendant with Count One of Possession with Intent to Distribute Five Kilograms or More of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii)(II). Doc. 2. Defendant pleaded guilty to Count One on March 31, 2016. Docs. 12, 13. On December 13, 2016, Senior United States District Judge John E. Steele adjudicated Defendant guilty of Count One and sentenced him to an imprisonment term of forty-eight (48) months. Doc. 32. Judge Steele also directed Defendant to surrender at the institution designated by the Bureau of Prisons. *Id.* at 2. Defendant surrendered himself on February 10, 2017, and currently is incarcerated at

- 2 -

Monrgomery FPC.  *Id.*  Given that Defendant already was sentenced and surrendered himself as directed, the Court will grant the motion and release the warranty deed that Defendant surrendered to secure his bond.  Doc. 17.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Motion for Release of Collateral Bond is **GRANTED**.

2. The Clerk of Court is directed to release the warranty deed that Defendant surrendered as collateral bond (Doc. 17).

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record